(88 South. 189)

FAULKS v. STATE. (6 Div. 762.)

(Court of Appeals of Alabama. Dec. 14, 1920.)

CRIMINAL LAW ☞1124(4)—MOTION FOR NEW TRIAL NOT REVIEWED WHERE EVIDENCE NOT SHOWN BY RECORD.

Motion for new trial will not be reviewed where there is no showing as to what evidence was offered in connection with the motion.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

Freddie Faulks was convicted of robbery, and he appeals. Affirmed.

Andress & Coffman, of Birmingham, for appellant.

J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

MERRITT, J. The defendant was convicted of robbery, and sentenced to the penitentiary for a term of 10 years. There is no bill of exceptions in the record, and the time for presenting and having one signed has expired.

The motion for a new trial will not be reviewed, as there is no showing as to what evidence, if any, was offered in connection with the motion. Ross v. State, 16 Ala. App. 393, 78 South. 309.

There is no error in the record, and the judgment of conviction is affirmed.

Affirmed.

=====

(88 South. 195)

WASHBURN v. STATE. (6 Div. 712.)

(Court of Appeals of Alabama. Dec. 14, 1920.)

CRIMINAL LAW ☞1090(14), 1122(5)—REFUSAL OF CHARGES NOT REVIEWABLE WITHOUT ORAL CHARGE AND BILL OF EXCEPTIONS.

Where there is no bill of exceptions, and the oral charge of the court does not appear, the refusal of written charges requested by defendant is not reviewable.

Appeal from Circuit Court, Blount County; O. A. Steele, Judge.

Dan Washburn was convicted of seduction, and he appeals. Affirmed.

Kelton & Son and Russell & Johnson, all of Oneonta, for appellant.

J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen. (John A. Lusk & Son, of Gunterville, of special counsel), for the State.

BRICKEN, P. J. The defendant was indicted for the offense of seduction, was tried and convicted, and an indeterminate sentence of not less than four years nor more than five years was imposed upon him.

The appeal is upon the record proper, there being no bill of exceptions, and the time for filing same has expired. The record appears regular in all respects. There being no bill of exceptions, and the oral charge of the court not appearing, the written charges refused to defendant are not reviewable.

Let the judgment of the lower court stand affirmed.

Affirmed.